# IN THE SUPREME COURT OF THE STATE OF NEVADA

DMVH, LLC, A NEVADA LIMITED LIABILITY COMPANY; NORMAN PHAM, A/K/A NAM NGOC PHAM, A/K/A NORMAN NG, AN INDIVIDUAL; AND IN HIS CAPACITY OF CO-TRUSTEE OF THE PHAM FAMILY TRUST,
Appellants,
vs.
HANH THI HOANG,
Respondent.

No. 78514

FILED

JUN 26 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
CHIEF DEPUTY CLERK

## ORDER DISMISSING APPEAL

Pursuant to appellants' notice of withdrawal filed on April 17, 2019, this appeal is dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _Elizabeth A B_

cc: Hon. Kerry Louise Earley, District Judge
Hurtik Law & Associates
Garman Turner Gordon
Eighth District Court Clerk

19-27553